■ ELNORA JOHNSON, Respondent, v ROCKWAY FUEL OIL CORPORATION et al., Appellants. [833 NYS2d 896]—

Appeal from order, Supreme Court, Bronx County (Alison Y. Tuitt, J.), entered on or about June 13, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Friedman, J.P., Marlow, Sweeny, Catterson and Malone, JJ.